# CILENTI & COOPER, PLLC
## ATTORNEYS AT LAW

60 East 42nd Street - 40th Floor
New York, New York 10165
_____

Telephone (212) 209-3933
Facsimile (212) 209-7102

February 23, 2023

*[Judge's stamp/signature:]*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Application **GRANTED**. The initial pretrial conference scheduled for March 8, 2023, is adjourned to **March 15, 2023, at 4:00 P.M.** At that time, the parties shall call 888-363-4749 and use the access code 558-3333. The deadline for the parties to re-file the joint letter and proposed civil case management plan and scheduling order is extended to **March 8, 2023, at 12:00 P.M.**

Dated: February 24, 2023
New York, New York

**BY ECF**

Honorable Lorna G. Schofield, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:  ***Hidalgo, et. al. v. Torti Food Corp., dba Mirador Rest., et al.***
Case No. 22 Civ. 10668 (LGS)

Dear Judge Schofield,

We are counsel to the plaintiff. We write with reference to the court's order dated today, re-scheduling the pretrial conference to March 8, 2023 at 4:00 p.m. [Docket 12].

This is plaintiff's motion for a one-week adjournment of the conference. The reason for the adjournment is plaintiff's counsel has a pre-planned vacation and will be in Europe without the ability to dial in at the scheduled time or number.

This is the parties' first request for an adjournment of the conference. We conferred with defense counsel, and he consents to our application. No other deadlines will be affected. We request March 15th or as soon thereafter as the court is available.

We thank the court for its consideration of this matter.

Respectfully,

/s/ *Peter H. Cooper*

Peter H. Cooper

cc:   Law Office of Robert Osuna PC  (Via ECF)
11 Park Place – Suite 1100
New York, New York 10007
Telephone (212) 233-1033
Attorney for Defendants