UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    YOVANNY HIDALGO,
                                Plaintiff,

                             22 Civ. 10668 (LGS)
            -against-

                             ORDER
    TORTI FOOD, CORP., et al.,
                               Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Order dated February 24, 2023, required the parties to re-file the proposed case management plan and joint letter by March 8, 2023, at 12:00 P.M.;

       WHEREAS, the initial pretrial conference is currently scheduled for March 15, 2023, at 4:00 P.M.;

       WHEREAS, the parties failed to re-file the joint letter or proposed case management plan. It is hereby

       **ORDERED** the parties shall re-file the joint letter and proposed case management plan as soon as possible and no later than **March 13, 2023, at 3:00 P.M.**

Dated: March 9, 2023
       New York, New York

                                                      LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE