*Law Office of Robert Osuna, PC*
*11 Park Place, Suite 1100*
*New York, New York 10007*
*212-233-1033*
*robertosunapc@yahoo.com*

August 7, 2023

Hon. Valerie Figueredo
U.S. District Court
Southern District of New York
500 Pearl Street,
New York, NY 10007

> **Application Granted**
>
> Valerie Figueredo, U.S.M.J.
> DATED: August 8, 2023
>
> The pre-settlement conference in this matter is rescheduled for **Wednesday, September 20, 2023 at 10:30 a.m.** The dial-in information remains the same. The Clerk of Court is directed to terminate the motion at ECF No. 30.

**Re:       Hidalgo et al v. Torti Food, Corp. et al, 22-cv-10668 (LGS)**
**Request for Conference Call Adjournment with the Consent**
**of Plaintiff's Counsel**

Dear Judge,

My office represents the above-named defendants. With the consent of opposing counsel, I am asking for an adjournment of the conference call currently scheduled for August 10, 2023.

I will be engaged in various cases in Queens County on the aforementioned date and will be unable to appear on the call.

I have conferred with Mr. Cooper and propose August 16th or 18th for rescheduling if the Court is available.

I thank the Court for its time and consideration to this matter.

Sincerely,

/s/

Law Office of Robert Osuna, PC
By:     Robert Osuna, Esq.