UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
YOVANNY HIDALGO,
                          Plaintiff,

             -against-

TORTI FOOD, CORP., et al.,
                        Defendants.
------------------------------------------------------------X

22 Civ. 10668 (LGS)

<u>ORDER</u>

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that the final pretrial conference scheduled for October 3, 2023, is adjourned to **October 4, 2023, at 2:45 P.M.**  To join the conference, the parties shall call 888-363-4749 and enter the access code 558-3333.

Dated:  September 25, 2023
          New York, New York

*[signature]*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**