# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

YOVANNY HIDALGO,

                       Plaintiff,                      22 **CIVIL** 10668(LGS)

    -against-                                  **JUDGMENT**

TORTI FOOD, CORP., et al.,

                      Defendants.

------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 13, 2024, that the award is APPROVED as fair and reasonable based on the nature and scope of Plaintiff's claims and the risks and expenses involved in additional litigation. See Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199, 206-07 (2d Cir. 2015); Wolinsky v. Scholastic, Inc., 900 F. Supp. 2d 332, 335-36 (S.D.N.Y. 2012) (outlining the factors that district courts have used to determine whether a proposed settlement is fair and reasonable). The Clerk of Court is respectfully directed to enter a judgment in favor of Plaintiff and against Defendants in the amount of $92,777.54, consisting of:

- $5,600.00 for minimum wages

- $7,935.01 for overtime wages

- $3,300.00 for spread-of-hours wages

- $1,514.00 for prejudgment interest

- $16,835.01 in liquidated damages

- $54,440.00 in attorneys' fees

- $3,153.52 in costs

The payment of attorneys' fees, but not costs, shall be delayed until the amounts owed to Plaintiff are distributed. Accordingly, the case is closed.

**Dated:**  New York, New York
March 14, 2024

                                            **RUBY J. KRAJICK**
                                            Clerk of Court

**BY:** _____
                                            **Deputy Clerk**